April 26, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

TEX-FIN, INC., AND TEXAS WORKFORCE COMMISSION, Appellants

NO. 14-15-00267-CV                    V.

GUSTAVO E. DUCHARNE, Appellee

_____

This cause, an appeal from the final summary judgment in favor of appellee Gustavo E. Ducharne, signed January 25, 2015, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** with regard to the portion of the judgment remanding the case to the TWC for further proceedings to determine the amount of wages due to Ducharne. We order the remainder of the judgment **AFFIRMED** and **REMAND** for further proceedings in accordance with our opinion.

We further order that appellant Tex-Fin, Inc., shall pay costs by reason of this appeal.

We further order this decision certified below for observance.